UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. BUHARP,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security Administration,<br><br>    Defendant. | Case No. EDCV 07-963-JWJ<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO FILE JOINT STIPULATION** |

      By Order filed August 22, 2007, the parties were ordered to file a Joint Stipulation. On May 5, 2008, this Court granted the parties an extension of time to file the Joint Stipulation. Pursuant to this Court's May 5, 2008 order, the Joint Stipulation was due on or before May 28, 2008. However, the court's docket shows that as of the date of this Order, no Joint Stipulation has been filed.

      All parties and/or their respective counsel shall appear before Magistrate Judge Jeffrey W. Johnson, at **10:30 a.m. on July 3, 2008**, in Courtroom "C" on the 8th floor, United States Courthouse, 312 North Spring Street, Los Angeles, California, to show cause why this action should not be dismissed for

violation of this Court's previous Order.

If the plaintiff objects to such dismissal, plaintiff shall:

1. Appear in person (or by counsel) on the date specified;

2. File a jointly executed stipulation for voluntary remand; or

3. File the Joint Stipulation required by this Court's August 22, 2007 and May 5, 2008 orders.

If there are no objections to the proposed dismissal, the parties shall so inform the Clerk in writing and the hearing will be taken off calendar.

If a Joint Stipulation is filed within **ten (10) days** of the date of this order, the Order to Show Cause re Dismissal will be taken off-calendar and the parties and/or their respective counsel need not appear.

If the failure to file a joint stipulation to date is the responsibility of the defendant, the parties shall jointly or separately notify this Court of that fact within ten (10) days of the date of this order.

DATED: June 10, 2008

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge