UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. BUHARP,               )<br>             Plaintiff,             )<br>     vs.                          )<br>MICHAEL J. ASTRUE,                )<br>Commissioner of the Social       )<br>Security Administration,          )<br>             Defendant.            )<br>_____) | Case No. EDCV 07-963-JWJ<br><br>JUDGMENT |

**IT IS ADJUDGED** that the decision of the Administrative Law Judge is **AFFIRMED**.

DATED: March 31, 2009

                                                     /s/
                                           JEFFREY W. JOHNSON
                                      United States Magistrate Judge